# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00121-APG-GWF |
|---|---|
| Plaintiff, | **O R D E R** |
| v. | |
| ALBERT ALFARO-IZA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the US Department of Parole & Probation will prepare a Pre-Plea Investigation Report of the Defendant Alberto Alfaro-Iza. The scope of the Report shall be limited to determining the Defendant's criminal history level. The Report shall be made available to Defendant's counsel on or before August 4, 2013.

Dated: June 4, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE